In the Matter of JOSEPH GANS.— Proceeding dismissed. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

GEORGE D. LAMONT, Respondent, v. FRED J. MOWRY, Appellant.— Order reversed, with ten dollars costs and disbursements to appellant, and motion granted to the extent of confining the examination to the issue as to whether defendant was employed to act as a broker for plaintiff and has transacted business concerning which plaintiff is entitled to an accounting. Date for examination to proceed to be fixed in order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

ISAAC VORON, Appellant, v. SABBATIA CHAIT, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

CHARLES YONIAVICH, Respondent, v. LEHIGH VALLEY COAL COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted upon defendant's filing a stipulation to waive the Statute of Limitations in the event of an action being brought in the State of Pennsylvania within 120 days from service of the order to be entered hereon with notice of entry thereof and of the filing of such stipulation. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

JAMES R. KINGSLEY, as Executor, etc., Respondent, v. UNITED STATES CASUALTY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Présent — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

ZETA P. JUDD, Appellant, v. ABRAHAM L. ERLANGER, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Date for examination to proceed to be fixed in order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.; Smith, J., dissented.

GEORGE O. GLENDENING, Appellant, v. WESTERN UNION TELEGRAPH COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.; Laughlin and Shearn, JJ., dissented.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of MERVYN WOLFF, Appellant, v. FRED S. BENNETT, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Date for examination to proceed to be fixed in order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.